UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW TRAVIS HOUSTON,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-00053-ART-CSD<br><br>ORDER |

　　　　Plaintiff Matthew Travis Houston, who is incarcerated in the custody of the Nevada Department of Corrections, has three strikes under 28 U.S.C. § 1915(g). (*See* ECF No. 15 at 1-2). On March 13, 2025, this Court denied Houston's application to proceed *in forma pauperis* because he failed to plausibly allege that he was in imminent danger of serious physical injury at the time of filing. (*Id.* at 3). As a result, Houston must pay the $405 filing fee in full in order to proceed with this case. (*Id.* at 4).

　　　　The Court previously granted Houston an extension of time until May 13, 2025, to pay the full $405 filing fee. (ECF No. 25). Houston requests another extension of time to pay the fee and appears to be writing to friends and attorneys for help paying the fee. (ECF No. 27). The Court will grant Houston one final extension of time to pay the full $405 filing fee. Houston has until **June 30, 2025,** to pay the full $405 filing fee. The Court notes that it will not indefinitely keep this case open while Houston tries to find ways to pay the filing fee. If Houston is unable to pay the full filing fee by the deadline, the Court will dismiss this case without prejudice and Houston can refile when he has the funds to pay the filing fee.

///

///

It is therefore ordered that Houston has until **June 30, 2025**, to pay the $405 filing fee in this case or the action will be dismissed without prejudice.

DATED: May 21, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE